———o———

H. HATCHER, et al., Respondent, vs. J. B. MOORE, et al., Appellant.

1. *Bill of Exceptions—Extension—Signing of.*—A bill of exceptions cannot be signed after the extension agreed upon has expired.

2. *Practice, civil—New trial—Exceptions—Appeal, etc.*—Where no motion for new trial is filed, and the errors complained of arise upon the trial, and should be preserved by exceptions, appeal will not be entertained.

*Appeal from the St. Charles Circuit Court.*

*E. A. Lewis*, for Appellant.

*B. B. Kingsbury*, for Respondent.

WAGNER, Judge, delivered the opinion of the court.

There is no bill of exceptions in this case, that we can notice. The bill was not prepared, allowed and signed within the

time agreed upon by the parties, and therefore there was no authority for signing it at all. (Ellis *vs.* Andrews, 25 Mo., 327.) Again, what is fatal to the appellant's case here, is, that no motion was filed for a new trial, and the errors complained of, were such as arose upon the trial, and should have been preserved by exceptions.

Judgment affirmed.    Judge ADAMS concurs.    Judge BLISS absent.